# George Henry Newman
*Board Certified Criminal Trial Advocate*
George H. Newman & Associates PC
834 Chestnut Street, Suite 206
Philadelphia, PA 19107

(215) 592-9400
Fax (215) 574-0699

GHNLawyer@yahoo.com
Pager (215) 951-3393

October 5, 2009

William T. Walsh, Clerk
United States District Court, District of New Jersey
Martin Luther King, Jr. Federal Building &
U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    United States v. Leonid Ivanutenko
               Criminal No. 00-259-01
               Motion for Termination of Probation

Dear Mr. Walsh:

      I am enclosing the original of Mr. Ivanutenko's Motion for Termination of Probation in the above-captioned matter. Please file the same with the court. Thank you for your consideration and courtesy in this matter.

                                                          Respectfully submitted,

                                                          George Henry Newman

GHN/kg
Enclosure

cc: Honorable William H. Walls; Thomas P. Ott, Esquire, Special Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : Case No. 00-259-01 |
| LEONID IVANUTENKO | : |

**ORDER**

AND NOW, this 5th day of October, 2009, it is hereby ORDERED that the probation of Lenoid Ivanutenko in the above-captioned case is terminated forthwith.

BY THE COURT:

_____
HONORABLE WILLIAM H. WALLS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :

vs.                               : Case No. 00-259-01

LEONID IVANUTENKO                 :

### MOTION FOR TERMINATION OF PROBATION

TO THE HONORABLE WILLIAM H. HALLS, JUDGE OF THE SAID COURT:

Leonid Ivanutenko, by his attorney, George Henry Newman, respectfully moves this court for an order terminating his probation, for the following reasons:

1. Mr. Ivanutenko was sentenced on August 30, 2007 to 4 years probation, to pay a fine of $7,500.00 and a special assessment of $100.00.

2. Counsel for Mr. Ivanutenko has spoken with the Attorney for the Government, Thomas Ott, who has indicated that the Government takes no position with respect to the instant request for termination of probation.

3. Counsel for Mr. Ivanutenko has spoken with Mr. Ivanutenko's Probation Officer, Steven Alfrey, who has also indicated that he takes no position with respect to the instant request for termination of probation.

4. Mr. Ivanutenko is 55 years old, is married, has two children, is currently in poor health. (see attached letter)

5. Mr. Ivanutenko, who had no convictions prior to the instant case, cooperated with the Government in a number of investigations during the pendency of this case, from 1999 through sentencing in 2007.

6. It is respectfully submitted that Mr. Ivanutenko, who has completed over 2 years

of his 4 years probation term, who leads a law-abiding life and who has complied with all conditions of his probation including immediate payment of his $7,500.00 fine and $100.00 special assessment, is no longer in need of supervision for the remaining 22 months of that term.

7. A sentenced individual is eligible to have his or her probation terminated, at the discretion of the sentencing court, after that individual has served 1 year of supervised release. 18 U.S.C. §3583(e)(1). Mr. Ivanutenko has successfully served over 2 years of his 4 year probation term.

WHEREFORE, Mr. Ivanutenko respectfully moves this Court to terminate his probation forthwith.

Respectfully submitted,

GEORGE HENRY NEWMAN
854 Chestnut Street, Suite 206
Philadelphia, PA 19107
215-592-9400
Attorney I.D. #21245
Attorney for Leonid Ivanutenko



**NEW YORK METHODIST HOSPITAL**

**ALAN DOSIK, M.D.**          506 SIXTH STREET, BROOKLYN, N.Y. 11215-9008  TEL 718/780-5240  FAX 718/780-7337

George Henry Newman
George H. Newman & Associates, PC
834 Chestnut Street, suite 206
Philadelphia, PA 19107

September 17, 2009

Re: Leonid Ivanatenko

Dear Mr. Newman:

    I am the oncologist currently treating Mr. Ivanatenko. He is a 54 year old man with a past medical history of hypertension, diabetes mellitus, depression and superficial bladder cancer. He was treated in 2003 with a transurethral bladder resection followed by intravesicular chemotherapy.
    A cystoscopy now has proven that the cancer has returned unfortunately in numerous places. He will require a repeat surgery and another course of chemotherapy. He will require frequent monitoring by urology and oncology as this cancer can recur and possibly spread.
    Please do whatever is necessary to make this process easier for him.
If you have any questions please contact me at the above number.

Sincerely,

Alan Dosik, M.D.

Member
NewYork-Presbyterian Healthcare System
Affiliate: Weill Medical College of Cornell University

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : Case No. 00-259-01 |
| LEONID IVANUTENKO | : |

I, George Henry Newman, hereby state that I am the attorney for Leonid Ivanutenko, and that the factual averments contained in the foregoing Motion for Termination of Probation, are true and correct to the best of my knowledge, information and belief. This verification is made upon due consideration of the penalties for unsworn falsification to authorities, 18 Pa.C.S.A. Section 4904.

_____
GEORGE HENRY NEWMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : Case No. 00-259-01 |
| LEONID IVANUTENKO | : |

## PROOF OF SERVICE

I hereby certify this 5th day of October, 2009, that I am serving a true and correct copy of the enclosed Motion for Termination of Probation, upon the persons and in the manner indicated below.

Service by First Class Mail addressed as follows:

Thomas P. Ott, Esquire
Special Assistant U.S. Attorney
U.S. Department of Justice - Tax Division
Criminal Enforcement Section - Northern
600 E. Street N. W., Room 5712
Washington, D.C. 20530
202-514-5172 (fax - 202-514-3601)

Honorable William H. Walls
United States District Judge
Martin Luther King, Jr. Federal Building
and U.S. Courthouse
50 Walnut Street
Newark, NJ 07101
973-645-2564 (fax - 973-645-3436)

Newman and Associates

_/s/ George Henry Newman_
GEORGE HENRY NEWMAN
834 Chestnut Street, Suite 206
Philadelphia, PA  19107          215-592-9400
Attorney I.D. #21245
Attorney for Leonid Ivanutenko