IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Docket |
| V. | : | No. 00-259-01 |
| LEONID IVANUTENKO | | |

### ORDER GRANTING PROBATIONER PERMISSION TO TRAVEL

AND NOW, this 23 day of November, 2009, the above-named defendant, Leonid Ivanutenko, is hereby granted permission by the Court to travel with his family to the Carribean Island of Aruba during the period December 5, 2009 through December 19, 2009, he will be staying at Palm Village in Aruba. A copy of his specific travel plans and itinerary are attached.

And it is so Ordered.

BY THE COURT:

William H. Walls, J.