IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA              :

    vs.                                : Case No. 00-259-01

LEONID IVANUTENKO                      :

**ORDER**

AND NOW, this 30th day of ~~October~~ November, 2009, it is hereby ORDERED that the probation of Lenoid Ivanutenko in the above-captioned case is terminated forthwith.

BY THE COURT:

_____
HONORABLE WILLIAM H. WALLS